AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California ▼

MARCELLA FOX

*Plaintiff(s)*

v.

Alegre Group, John Stewart Company, Amcal Multi-Housing Two, LLC, Amcal enterprises, Inc., Amcal Multi Housing, Inc., Amcal Communities Inc., Amcal 1 GP, LLC, Amcal Alegre Fund, L.P, Kimball, Tirey & St. John, LLP, and John (or Jane) Does 1-10,

*Defendant(s)*

Civil Action No. 8:19-CV-1801-JVS(KESx)

## Alias SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Amcal enterprises, Inc.

30141 Agoura Rd #100
Agoura Hills Ca 92623

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marcella Fox
1205 Visions
Irvine Ca 92620

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: NOV 1 3 2019

ROLLS ROYCE PASCHAL

*Signature of Clerk or Deputy Clerk*

1188