Marcella Fox
1205 Visions
Irvine, California 92620

Plaintiff, *In Pro Per*

Harry A. Safarian (SBN 204106)
THE SAFARIAN FIRM, APC
3150 Montrose Avenue
Glendale, California 91214
Tel: (818) 334-8528
Fax: (818) 334-8107

hs@safarianfirm.com

Attorneys for Defendants, AMCAL MULTI HOUSING INC., AMCAL ALEGRE FUND LP, and AMCAL ENTERPRISES, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marcella Fox,<br><br>       Plaintiff,<br>   vs.<br><br>Alegre Group, John Stewart Company, Amcal Multi-Housing Two, LLC, Amcal Enterprises, Inc., Amcal 1 GP, LLC, Amcal Alegre Frund, L.P., Kimball, Tirey & St. John, LLP, and John (or Jane) Does 1 – 10,<br><br>       Defendants. | CASE NO. 8:19-cv-01801 JVS (KESx)<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

TO THE HONORABLE COURT:

Plaintiff, *In Pro* Per, and Defendants AMCAL MULTI HOUSING INC., AMCAL ALEGRE FUND LP, and AMCAL ENTERPRISES, INC., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action,

1

including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: July 8, 2020          By /s/ Marcella Fox
                                  Plaintiff, *In Pro Per*


THE SAFARIAN FIRM, APC

Dated: June 16, 2020         By /s/ Harry A. Safarian
                                  Harry A. Safarian
                             Attorneys for Defendant,
                             AMCAL MULTI HOUSING INC., AMCAL ALEGRE FUND LP, and AMCAL ENTERPRISES, INC.


    After considering the Stipulation for Dismissal filed herein, IT IS HEREBY ORDERED THAT the complaint filed by Plaintiff in this matter is hereby dismissed with prejudice as to all Defendants, with each party bearing their own costs and attorneys' fees.

Dated: July ___, 2020        By /s/
                                  Hon. James V. Selna
                                  United States District Court Judge

**PROOF OF SERVICE**

I declare,

That I am a citizen of the United States and am a resident or employed in Los Angeles County, California; that my business address is 3150 Montrose Avenue, Glendale, California 91214; that I am over the age of 18 and not a party to the action.

On July 8, 2020, I served the foregoing document by mail and electronic mail to the attorneys of record and/or the person(s) as indicated on the attached service list described as "**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE.**" in this action as follows:

Marcella Fox
1205 Visions
Irvine, California 92620

[ ]   (BY ELECTRONIC MAIL) I personally emailed the reference document to each of the persons on the attached service list.

[ x ]   (BY MAIL)   I am familiar with the practice of Safarian & Baroian, LLP for collection and processing of correspondence for mailing with the United States Postal Service.  Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.  On this date, a copy of said document was placed in a sealed envelope, with postage fully prepaid, addressed as set forth herein, and such envelope was placed for collection and mailing at The Safarian Firm, APC, Glendale, California, following ordinary business practices.

[ ]   (BY FEDEX) I am familiar with the practice of The Safarian Firm, APC for collection and processing of correspondence for delivery by overnight courier. Correspondence so collected and processed is deposited in a box or other facility regularly maintained by FedEx that same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope designated by FedEx with delivery fees paid or provided for, addressed as set forth herein, and such envelope was placed for delivery by FedEx at The Safarian Firm, APC, Glendale, California, following ordinary business practices.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/ Harry A. Safarian
Harry A. Safarian